UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWAYNE MAMONET,<br><br>                     Plaintiff,<br><br>         -against-<br><br>T.L.R. BRONX PSYCHIATRIC CENTER,<br><br>                     Defendant. | 21-CV-2366 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 16, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  June 16, 2021
        New York, New York

                                                    _____
                                                              COLLEEN McMAHON
                                                          United States District Judge